**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Brian Keith BREVARD, Defendant–
Appellant.**

**No. 01–7845.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 5, 2002.

Brian Keith Brevard, Appellant Pro Se. Brian S. Cromwell, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Brian Keith Brevard seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Brevard,* Nos. CR–98–297; CA–00–48–3–2–V (W.D.N.C. Oct. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*